JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS PADILLA,<br><br>    Petitioner,<br><br>  v.<br><br>MARION E. SPEARMAN, Warden,<br><br>    Respondent. | Case No. 2:19-cv-00526-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 19, 2019

*/s/ Karen E. Scott*
KAREN E. SCOTT
United States Magistrate Judge